UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WILLIE T. SMITH, | ) | |
| | ) | 3:12-CV-00024-LRH-VPC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MINUTE ORDER |
| J. BARNETTE; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | October 24, 2012 |
| | ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   <u>NONE APPEARING</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):    <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):    <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is Plaintiff's Amended Motion to Alter or Amend Judgment - Rule 59(e) (#20)[1]. Plaintiff states he mailed his objections to the court and that Inmate Accounting confirms this; however, no objections were received by the court. Therefore, GOOD CAUSE APPEARING,

Plaintiff's Amended Motion to Alter or Amend Judgment (#20) is GRANTED in part. Plaintiff's time to file objections shall be re-opened, and he shall have twenty (20) days from the entry of this order by which to file his objections to the Magistrate Judge's Report and Recommendation (#17). The adoption and acceptance of the Report and Recommendation is hereby stayed, and the court will rule upon the Report and Recommendation once it has reviewed Plaintiff's objections, and any responses thereto.

Plaintiff's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   <u>         /s/            </u>
        Deputy Clerk

---

[1] Refers to court's docket number.